# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>         Plaintiff,<br><br>     v.<br><br>A. MOLINA, et al.,<br><br>         Defendants. | Case No.  1:14-cv-01554 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT<br><br>[ECF Nos. 7, 8, 9] |

Plaintiff Charles T. Davis, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 2, 2014.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Plaintiff's motion for default judgment be DENIED.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days.  On December 24, 2014, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file including Plaintiff's objections, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 15, 2014, are ADOPTED in full;
2. Plaintiff's motion for default judgment is DENIED; and
3. The matter is REFERRED back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

    Dated:   **January 5, 2015**          **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE