XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
JOSEPH R. WHEELER, State Bar No. 216721
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7315
 Fax: (916) 324-5205
 E-mail: Joseph.Wheeler@doj.ca.gov
*Attorneys for Defendant A. Molina, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,**<br><br>Plaintiff,<br><br>v.<br><br>**A. MOLINA, et al.,**<br><br>Defendants. | 1:14-cv-1554-LJO-BAM (PC)<br><br>**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:  None<br>Action Filed: June 13, 2013 |

On July 21, 2016, Defendant Molina filed a motion for summary judgment. (ECF No. 52.) Plaintiff filed his opposition to the motion on October 30, 2017. (ECF No. 64.) Plaintiff titled his opposition: "Plaintiff's Opposition to Defendant's July 21, 2016 Motion for Summary Judgment & Plaintiff's Cross Motion for Summary Judgment or in the Alternative Summary Adjudication as Alleged herein upon Mandatory Judicial Notice Pursuant to F.R.E. 201(d)."

It is unclear whether the document filed by Plaintiff on October 30, 2017, is merely tilted a cross-motion for summary judgment or is actually a cross-motion for summary judgment. Inasmuch as it is, in fact, a cross-motion for summary judgment, it should be stricken as untimely.

Pursuant to the Court's Discovery and Scheduling Order, the deadline to file dispositive motions in this action was July 21, 2016. (ECF No. 21.) There have been no modifications to the

Discovery and Scheduling Order and Plaintiff has not obtained leave to file a motion for summary judgment after the July 21, 2016 deadline.

Accordingly, to the extent the filing is a cross-motion for summary judgment, it is untimely, having been filed on October 30, 2017, more than fifteen months after the deadline to file dispositive motions has passed.

The Court should, therefore, strike and disregard Plaintiff's filing to the extent in can be construed as a cross-motion for summary judgment.

Dated:  November 8, 2017                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General


*/s/ Joseph R. Wheeler*
JOSEPH R. WHEELER
Deputy Attorney General
*Attorneys for Defendant A. Molina, Jr.*

SA2014115956
33126328.docx

# CERTIFICATE OF SERVICE

Case Name:   **Charles Davis v. Molina, et al.**     No.   **1:14-cv-1554-LJO-BAM (PC)**

I hereby certify that on <u>November 8, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 8, 2017</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Charles T. Davis
P-05063
California Medical Facility
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 8, 2017</u>, at Sacramento, California.

|  T. Campbell  |  */s/  T. Campbell*  |
|:---:|:---:|
| Declarant | Signature |

SA2014115956
33128087.docx